

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 23, 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
LISA BROOKS, individually, and on behalf of
others similarly situated,

          Plaintiff,

    -vs.-

EIHAB HUMAN SERVICES, INC.,

          Defendant.
----------------------------------------------------------X

Case No. 1:18-cv-00137-KAM-CLP

### STIPULATION AND ORDER OF DISCONTINUANCE WITH PREJUDICE

It is hereby stipulated and agreed by and between the undersigned, that whereas no Party hereto is an infant or an incompetent person for whom a committee has been appointed or a conservatee, and no person not a Party has an interest in the subject matter of this action, all claims and cross-claims by or against the Parties in the above entitled action are hereby dismissed and discontinued with prejudice and without attorneys' fees, expenses and costs to any Party.

Dated: 10/15/2018

JTB LAW GROUP, LLC

By: _____
Ching-Yuan Teng, Esq.
155 2nd Street, Suite 4
Jersey City, New Jersey, 07302
(877) 561-0000
*Attorneys for Plaintiff*

WINGET, SPADAFORA AND
SCHWARTZBERG, LLP

By: _____
Robyn Silvermintz, Esq.
Heidi Gootnick, Esq.
45 Broadway, 32nd Floor
New York, New York 10006
(212) 221-6900
*Attorneys for Defendant*

So Ordered
/s/ Cheryl Pollak
10/17/18

9

Doc ID: 8a82aafb940c2872ef911f36b926fd17efdd89df